**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Brian T. Kiolbasa,** OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

FILED19 JAN'12 15:36USDC-ORP

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WENCESLAO FUERTE HERNANDEZ,<br><br>                                Plaintiff,<br><br>        v.<br><br>BAC HOME LOANS SERVICING, LP, FKA COUNTRY HOME LOANS SERVICING, LP., AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECON TRUST COMPANY and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                                Defendants. | CV '12-0106- MO<br>Case No. _____<br><br>Defendant America's Wholesale Lender's<br>CORPORATE DISCLOSURE STATEMENT<br><br>Pursuant to Fed. R. Civ. P. 7.1 |

Pursuant to Fed. R. Civ. P. 7.1(a), defendant America's Wholesale Lender Corp. ("AWL") discloses the following:

PAGE 1 -   CORPORATE DISCLOSURE STATEMENT

1.  America's Wholesale Lender is a trade name of Countrywide Home Loans, Inc. Countrywide Home Loans, Inc. is a wholly-owned subsidiary of Bank of America Corporation, a publicly held company. Bank of America Corporation is a publicly traded company with hundreds of domestic and foreign consolidated subsidiaries, all of which are wholly owned and none of which is publicly held. Bank of America Corporation has no parent company, and no publicly-held company owns more than 10 percent of Bank of America Corporation's shares.

DATED: January 19, 2012

LANE POWELL PC

By _____/s/ B. T. Kiolbasa_____
Pilar C. French, OSB No. 962880
Brian T. Kiolbasa, OSB No. 112890
Telephone: 503.778.2100
Attorneys for Defendant

PAGE 2 - CORPORATE DISCLOSURE STATEMENT

# CERTIFICATE OF SERVICE

I hereby certify that on January _19_, 2012, I caused to be served a copy of the foregoing CORPORATE DISCLOSURE STATEMENT on the following person(s) in the manner indicated below at the following address(es):

John A. Cochran, Esq.
3404 SE 45th Avenue
Portland, OR 97206
Facsimile: 360.953.8083
E-Mail: johnnycochran@comcast.net

- ☐ by CM/ECF
- ☒ by Electronic Mail
- ☐ by Facsimile Transmission
- ☒ by First Class Mail
- ☐ by Hand Delivery
- ☐ by Overnight Delivery

_/s/ B.T. Kiolbasa_
Brian T. Kiolbasa

CERTIFICATE OF SERVICE

116589.0469/5268677.1

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200